# United States Court of Appeals for the Federal Circuit

ERRATA

August 20, 2008

Appeal No. 2008-7001, CATHY WOLFE v JAMES B. PEAKE, M.D., Secretary of Veterans Affairs.

Nonprecedential Opinion

Decided:  June 16, 2008

Please make the following change:

On page 1, line 10, delete "05-1462" and insert – 05-0511 --